UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KATHERINE CONNER

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 13-444-SDD-SCR

## RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated August 21, 2013. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's application for *habeas corpus* relief is hereby dismissed with prejudice as untimely pursuant to 28 U.S.C. 2244(d).

Baton Rouge, Louisiana, September 25, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 6.
[3] Rec. Doc. 7.